IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>                    Plaintiff,         )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>LEONARD YANKTON,                      )<br>                                                       )<br>                    Defendant.     ) | Case No.  4:10CR3000 |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 27.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoena Duces Tecum *In Forma Pauperis*, the supporting Affidavit, Order and Subpoena under seal.   The Clerk shall provide copies of the documents to the Federal Public Defender's Office.

DATED this 24th day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge